AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:11mj840 |
| Jihaad Spearman a/k/a "Jihaad S. Spearman," "Jihaad Sabir Spearman" | ) ) ) | |
| *Defendant(s)* | | |

**FILED OCT 11 2011 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____June 1, 2011____ in the county of ____Fairfax____ in the
____Eastern____ District of ____Virginia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a)(1) | knowingly and intentionally possessed with intent to distribute and did distribute 28 grams or more of crack cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Todd Brackhahn, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/11/2011__

City and state: ____Alexandria, Virginia____

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

Approved by SAUSA Elizabeth N. Eriksen